PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8956
     Facsimile: (415) 744-0134
     E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CONNIE LYNNE GUMMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01611-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 15 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 15 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is February 16, 2017. The new due date will be March 3, 2017.

     There is good cause for this request. At around the time of the filing of Plaintiff's Motion for Summary Judgment, Defendant's counsel was recovering from two medical emergencies that necessitated her being on leave for multiple weeks. The first medical emergency occurred in late October 2016, that necessitated her being on leave and addressing her workload deadlines that were postponed due to her leave, as well as her regular workload, when she returned to work in

1  November.  In addition, on December 9, 2016, Defendant's counsel was rear-ended in a car
2  accident caused by another driver.  Between the December accident and the current date,
3  Defendant's counsel had taken about three weeks of leave to recover and rest, and returned to the
4  office on January 9, 2017.  In addition to her existing workload when she returned, new
5  emergency assignments had been assigned to Defendant's counsel that could not be reassigned to
6  another attorney and prevent Defendant's counsel from meeting the original deadline of February
7  16, 2017.

8       Because of the factors described above, Defendant is requesting additional time up to and
9  including March 3, 2017, to fully review the record and research the issues presented by
10 Plaintiff's motion for summary judgment, as Defendant's counsel continues to recover and
11 address her workload.  This request is made in good faith with no intention to unduly delay the
12 proceedings.

13      The parties further stipulate that the Court's Scheduling Order shall be modified
14 accordingly.

15                               Respectfully submitted,

16 Date: February 13, 2017        PEÑA & BROMBERG, PLC

17
                               *s/ Jonathan O. Peña by C.Chen\**
18                                (As authorized by e-mail on 2/13/2017)
                               JONATHAN O. PEÑA, ESQ.
19                                Attorneys for Plaintiff

20
Date: February 13, 2017        PHILLIP A. TALBERT
21                                United States Attorney

22
                              By *s/ Carolyn B. Chen*
23                                CAROLYN B. CHEN
                               Special Assistant U. S. Attorney
24
25                                Attorneys for Defendant

26 /////
27 /////
   /////
28 /////

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE