PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CONNIE LYNNE GUMMESON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01611-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 35 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is March 3, 2017. The new due date will be April 7, 2017.

    There is good cause for this request. Since Defendant's previous request, Defendant's counsel has been diligent in addressing a backlog of cases and heavy workload due to her multiple-weeks long absences after two medical emergencies. In the last week, she also experienced an unanticipated mild medical condition that affected her ability to work and required her to be on leave. Despite her diligence and given counsel's heavy workload in the

1  next month, Defendant is requesting additional time up to and including April 7, 2017, to fully
2  review the record and research the issues presented by Plaintiff's motion for summary judgment.
3  This request is made in good faith with no intention to unduly delay the proceedings.
4      The parties further stipulate that the Court's Scheduling Order shall be modified
5  accordingly.

6      Respectfully submitted,

7  Date: March 6, 2017    PEÑA & BROMBERG, PLC

8
9      *s/ Jonathan O. Peña by C.Chen**
    (As authorized by e-mail on 3/6/2017)
10     JONATHAN O. PEÑA, ESQ.
    Attorneys for Plaintiff

11
12 Date: March 6, 2017    PHILLIP A. TALBERT
    United States Attorney
13
14     By *s/ Carolyn B. Chen*
    CAROLYN B. CHEN
15     Special Assistant U. S. Attorney

16     Attorneys for Defendant

17
18     <u>ORDER</u>

19 APPROVED AND SO ORDERED:
20
21 Dated:  March 9, 2017

22     _____
    CAROLYN K. DELANEY
23     UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

2