Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
5740 N. Palm Avenue
Suite 103
Fresno, CA 93704
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

|  |  |
|---|---|
| CONNIE LYNN GUMMESON, | ) Case No.: 2:16-CV-01611-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR AN |
| | ) EXTENSION OF TIME FOR PLAINTIFF TO |
| vs. | ) FILE HER REPLY BRIEF |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

_____

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have a short extension of time of seven (7) days to respond to Defendant's Response to Plaintiff's Motion for Summary Judgment. This is Plaintiff's first request for extension to file her Reply Brief. Plaintiff's Reply Brief is currently due on April 28, 2017; if this request is granted, Plaintiff's Reply Brief will be due on May 5, 2017.

There is good cause for this request. Plaintiff's counsel has long been committed to two events in the last week of April and first week of May, the first of which requires him to travel to

Florida and the second to Minnesota. In anticipation, Plaintiff's counsel has been diligently

reviewing, drafting and finalizing the memoranda and pleadings that are due during this time.

Defendant submitted its brief on April 10; while Plaintiff's counsel has reviewed the brief and

intends to file a reply, Plaintiff's counsel believes that the complexities of the matter require him

to devote additional time to the Reply brief in order to fully present the issues to the Court. This

is unfeasible due to Plaintiff's counsel's travel and training schedule; as such, Plaintiff

respectfully requests a short extension in order to present a comprehensive and fully developed

Reply. This request is made in good faith and with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

Respectfully submitted,

Dated: April 26, 2017        */s/ Jonathan Omar Pena*
                            JONATHAN OMAR PENA
                            Law Office of Jonathan O. Pena
                            Attorney for Plaintiff


Dated: April 26, 2017        PHILLIP A. TALBERT
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX,
                            Social Security Administration

                    By:      */s/* Carolyn B. Chen
                            (*as authorized by email on 4/25/17)
                            CAROLYN B. CHEN
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED:

Dated:  April 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Extension of Time Stipulation, (Case # 2:16-CV-01611-CKD )