1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  CAROLYN B. CHEN, CSBN 256628
5  Special Assistant United States Attorney
     160 Spear Street, Suite 800
6     San Francisco, California 94105
7  Tel: (415) 977-8956
   Fax: (415) 744-0134
8  E-mail: Carolyn.chen@ssa.gov
9  Attorneys for Defendant

10 Jonathan O. Peña, Esq.
11 CA Bar ID No.: 278044
   Peña & Bromberg, PLC
12 5740 N. Palm Avenue
13 Suite 103
   Fresno, CA 93704
14 Telephone: 559-412-5390
15 Facsimile:866-282-6709
   info@jonathanpena.com
16 Attorney for Plaintiff, Connie Lynne Gummeson

17

18

19              UNITED STATES DISTRICT COURT
20         FOR THE EASTERN DISTRICT OF CALIFORNIA

21

22  CONNIE L. GUMMESON,              Case No.  2:16-cv-01611-CKD

23        Plaintiff,                 STIPULATION AND ORDER FOR THE
24                                    AWARD OF ATTORNEY FEES UNDER
          v.                         THE EQUAL ACCESS TO JUSTICE ACT
25                                    (EAJA)
26  NANCY A. BERRYHILL, Acting       28 U.S.C. § 2412(d)
    Commissioner of Social Security,
27
28        Defendant.

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND, SEVEN HUNDRED TEN DOLLARS ($6,710.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND, SEVEN HUNDRED TEN DOLLARS ($6,710.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, Esq, may have relating to EAJA attorney fees in connection with this action.

1      This award is without prejudice to the rights of Plaintiff's attorney to seek Social

2 Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause

3 provisions of the EAJA.

4                          Respectfully submitted,

5

6 Dated: December 14, 2017         /s/ Jonathan O. Peña

7                          JONATHAN O. PEÑA
                         Attorney for Plaintiff

8

9 Dated: December 14, 2017         PHILLIP A. TALBERT

10                          United States Attorney
                         DEBORAH LEE STACHEL

11                          Regional Chief Counsel, Region IX

12                          Social Security Administration

13                By: /s/ Carolyn B. Chen

14                          CAROLYN B. CHEN
                         Special Assistant U.S. Attorney

15                          Attorneys for Defendant

16

17 SO ORDERED:

18

19 Dated:  December 15, 2017

20                          _____

21                          CAROLYN K. DELANEY
                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28